In the Matter of the Application of The City of New York Relative to Acquiring Title to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Housman Avenue from the Southerly Line of Richmond Terrace to the Pier and Bulkhead Line in the Third Ward, Borough of Richmond, City of New York.— Motion granted, with costs, unless the appellants pay ten dollars costs and perfect the appeal within twenty days, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Housman Avenue from the Southerly Line of Richmond Terrace to the Pier and Bulkhead Line in the Third Ward, Borough of Richmond, City of New York.— Motion granted, with costs, unless the appellants pay ten dollars costs and perfect the appeal within twenty days, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Housman Avenue from the Southerly Line of Richmond Terrace to the Pier and Bulkhead Line in the Third Ward, Borough of Richmond, City of New York.— Motion granted, with costs, unless the appellants pay ten dollars costs, and perfect the appeal within twenty days, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Nicholas Avenue (Although Not Yet Named by Proper Authority) from Richmond Terrace to the Pier Head Line in the Third Ward, Borough of Richmond, City of New York.— Motion granted, with costs, unless the appellant pay ten dollars costs and perfect the appeal within twenty days, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Nicholas Avenue (Although Not Yet Named by Proper Authority) from Richmond Terrace to the Pier Head Line in the Third Ward, Borough of Richmond, City of New York.— Motion granted, with costs, unless the appellant pay ten dollars costs and perfect the appeal within twenty days, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Nicholas Avenue (Although Not Yet Named by Proper Authority) from Richmond Terrace to the Pier Head Line in the Third Ward, Borough of Richmond, City of New York.— Motion granted, with costs, unless the appellant pay ten dollars costs and perfect the appeal within twenty